IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 1:23-cr-48-TBM-BWR

SALOMON ALAYA

## ORDER AMENDING SUPERSEDING INDICTMENT

Presently before the Court is the Government's Ore Tenus Motion to Amend Superseding Indictment to Correct Scrivener's Error. The Government requests that the Superseding Indictment be amended to correct Defendant Alaya's name – in that Defendant's name is listed as "Salomon Alaya" when it is in fact "Salomon Ayala." This Court has the authority to correct such a misnomer in the Superseding Indictment. *See United States v. Young Bros., Inc.*, 728 F.2d 682, 692 (5th Cir. 1984) and the Defendant does not object to the Court correcting this misnomer.

IT IS THEREFORE ORDERED that the Superseding Indictment is hereby amended to reflect that the Defendant Alaya's name is "Salomon Ayala." The remainder of the Superseding Indictment shall remain in full force and effect.

SO ORDERED this the 16th day of October, 2024.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE